Núm. 7.—Montaner, etc., recurrente, *v.* La Comisión Industrial de P. R., recurrida; Ortiz, peticionaria, apelante ante la Comisión Industrial.—Original. ▋▋▋▋▋▋▋ Junio 23, 1937.

(Por la Corte, a propuesta del Juez Asociado Sr. Wolf.)

Por cuanto, en 30 de abril de 1937 confirmamos la resolución de la Comisión Industrial en este caso, que le concedía una compensación de $1,357.50 a la beneficiaria del obrero fallecido, sin asignar en nuestra sentencia suma alguna en concepto de honorarios de abogado por los servicios prestados ante esta Corte por el letrado de la beneficiaria;

Por cuanto, se nos ha solicitado por dicho abogado que señalemos una cantidad para dicho fin;

Por cuanto, la sección 35 de la Ley núm. 45 de abril 18, 1935, pág. 251, lee como sigue:

"Artículo 35. Los obreros o empleados no necesitarán comparecer asistidos de abogados ante el Administrador del Fondo del Estado o ante la Comisión Industrial para la gestión, liquidación o resolución de sus casos, pero si decidieren obtener los servicios de alguno para la mejor dirección y defensa de sus casos, la Comisión Industrial fijará el tanto por ciento que deba pagársele al abogado en la gestión de una reclamación en favor del empleado u obrero o sus herederos o beneficiarios, de acuerdo con las disposiciones de esta Ley.

"En tales casos la Comisión Industrial fijará con cargo a la compensación que se conceda, el tanto por ciento que deba corresponder al abogado como honorarios. No se permitirá bajo ninguna circunstancia la comparecencia de agentes u otras personas en ningún caso en reclamación ante la Comisión Industrial a menos que se trate de un menor o incapacitado en el cual caso la persona que represente al menor o incapacitado no podrá cobrar suma alguna ni recibir remuneración alguna de ninguna índole por representar o ayudar en su reclamación de compensación al interesado.

"En los casos que sean objeto de revisión ante las cortes y en los de mandamus autorizados por esta Ley y en que se utilicen los servicios de un abogado, la Corte ante la cual se vea el caso fijará los honorarios que equitativamente debe recibir el abogado."

POR CUANTO, al abogado solicitante ya se le ha asignado por la Comisión Industrial el 15% del montante de la indemnización en este caso por sus servicios ante dicha Comisión y ante el Administrador del Fondo del Estado;

POR CUANTO, entendemos que el valor razonable de sus servicios ante esta Corte no excede de $25.00;

POR TANTO, se declara con lugar la moción del abogado de la beneficiaria y se le asigna dicha suma por concepto de honorarios ante este Tribunal.

El Juez Asociado Sr. Córdova Dávila no intervino.